Dismissed and Memorandum Opinion filed November 3, 2005









Dismissed and Memorandum Opinion filed November 3,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01093-CR

____________

 

MARK ANTHONY
PARMER, Appellant

 

V.

 

THE STATE OF TEXAS,
Appellee

 



 

On Appeal from the
268th District Court

Fort Bend County,
Texas

Trial Court Cause No. 35,626

 



 

M E M O R A N D U M   O P I N I O N

This is an attempted appeal from the denial of appellant=s motion for appointment of counsel
on appeal.  Appellant=s appeal from his conviction was
docketed in appellate cause number 14-05-950-CR.  On October 20, 2005, this Court dismissed
appellant=s appeal of his conviction for lack
of jurisdiction appellant=s appeal from his conviction. 
Because the appeal of his conviction has been dismissed, the appeal from
the denial of appellant=s motion for appointment of counsel is moot. 

Accordingly, the appeal from the denial of appellant=s motion for appointment of counsel
is ordered dismissed as moot.








 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed November 3, 2005.

Panel consists of Justices Hudson,
Frost, and Seymore.